1  RICHARD L. GALLAGHER (CSB # 208714)
   *richard.gallagher@ropesgray.com*
2  ANNE JOHNSON PALMER (CSB # 302235)
   *anne.johnsonpalmer@ropesgray.com*
3  MATTHEW A. TOLVE (CSB # 267334)
   *matthew.tolve@ropesgray.com*
4  ROPES & GRAY LLP
   Three Embarcadero Center
5  San Francisco, CA 94111-4006
   Tel: (415) 315-6300
6  Fax: (415) 315-6350

7  Attorneys for Defendants

8

9

10                  **UNITED STATES DISTRICT COURT**

11               **NORTHERN DISTRICT OF CALIFORNIA**

12                      **SAN JOSE DIVISION**

13

14  HOWARD WELGUS, Individually and
    on Behalf of All Others Similarly Situated,     Case No. 5:15-cv-03625-BLF
15
                                                    <u>CLASS ACTION</u>
16          Plaintiff,

17          v.                                      **STIPULATION AND [PROPOSED]**
                                                    **ORDER CONCERNING SCHEDULING**
18  TRINET GROUP, INC., BURTON M.                   **OF PLAINTIFF'S AMENDED**
    GOLDFIELD and WILLIAM PORTER                    **COMPLAINT, DEFENDANTS'**
19                                                  **RESPONSE THERETO, AND INITIAL**
            Defendants.                             **CASE MANAGEMENT CONFERENCE**
20

21

22

23

24

25

26

27

28

52500639_1

1    Pursuant to Civil Local Rules 16-2 and 7-12, Plaintiff Howard Welgus and Defendants

2    TriNet Group, Inc., Burton Goldfield, and William Porter hereby agree and stipulate that good

3    cause exists to request an order from the Court extending Defendants' time to respond to the

4    complaint, rescheduling the Initial Case Management Conference currently set for December

5    10, 2015 pursuant to this Court's August 7, 2015 Order Setting Initial Case Management

6    Conference and ADR Deadlines (Dkt. 5), and adjusting the related deadlines set forth therein.

7                                          **RECITALS**

8    WHEREAS, the above-captioned putative federal securities class action was filed on

9    August 7, 2015 by Plaintiff Howard Welgus, individually and on behalf of all others similarly

10   situated, against Defendants TriNet Group, Inc. ("TriNet"), Burton Goldfield, and William

11   Porter;

12   WHEREAS, Defendants have been served with the summons and complaint in this

13   action or, in the case of Defendant Goldfield, agreed to waive service of the summons;

14   WHEREAS, because the claims in this action arise under the Securities Exchange Act of

15   1934 ("Exchange Act") (*i.e.,* Chapter 2B of title 15, U.S.C.) and this action "is brought as a

16   plaintiff class action pursuant to the federal Rules of Civil Procedure" (15 U.S.C. § 78u4(a)(1)),

17   Section 21D of the Exchange Act (15 U.S.C. § 78u-4) applies, including its provisions

18   governing the appointment of the lead plaintiff and its counsel, which are set forth in Section

19   21D(a)(3);

20   WHEREAS, Title 15, Section 78u-4(a)(3)(A)-(B), of the United States Code provides

21   that (i) not later than twenty (20) days after the date on which the first complaint is filed the

22   plaintiff shall publish a notice advising members of the purported plaintiff class "of the

23   pendency of the action, the claims asserted therein, and the purported class period"; (ii) not later

24   than sixty (60) days after the date on which the notice is published any member of the purported

25   class may move the court to serve as lead plaintiff; and (iii) not later than ninety (90) days after

26   the date on which a notice is published the Court shall appoint the "most adequate plaintiff" as

27   lead plaintiff for the class;

28

STIPULATION AND [PROPOSED] ORDER
Case No. 5:15-cv-03625-BLF

52500639_1

1    WHEREAS, on August 7, 2015, counsel for Plaintiff caused such notice to be published,

2  pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i)(I-II), which noticed was subsequently filed with the

3  Court on August 24, 2015, *see* Dkt. No. 7;

4    WHEREAS, any member of the putative class may move the Court to serve as lead

5  plaintiff no later than October 6, 2015, pursuant to 15 U.S.C. § 78u-4(a)(3)(A)-(B) and Civil

6  L.R. 23-1(b);

7    WHEREAS, pursuant to the Court's August 7, 2015 Order Setting Initial Case

8  Management Conference and ADR Deadlines, an initial case management conference is

9  scheduled for December 10, 2015, and associated deadlines have been scheduled pertaining to

10  the submission of a Rule 26(f) report and joint case management statement, and to certain ADR

11  requirements, in accord with the Federal Rules of Civil Procedure and the Court's local rules;

12    WHEREAS, in order to avoid the unnecessary expenditure of effort by the parties and

13  the Court prior to the appointment of lead plaintiff and the filing of an amended complaint, the

14  parties have agreed, subject to the Court's approval, below;

15    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

16    1.    Defendants need not answer, move, or otherwise respond to the Complaint in this

17  action or any related, subsequently filed actions transferred to this Court until a date to be set

18  following the appointment of a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B) and

19  following the filing by such lead plaintiff of a consolidated amended complaint;

20    2.    Within sixty (60) days from the date the Court appointments lead plaintiff(s) and

21  lead counsel pursuant to 15 U.S.C. § 78u-4(3)(B), such lead plaintiff(s) shall file an

22  consolidated amended complaint (the "Amended Complaint");

23    3.    Within sixty (60) days from the date that an Amended Complaint is filed and

24  served by the Court-appointed lead plaintiff(s), Defendants shall file and serve a motion to

25  dismiss, answer, or other response to such Amended Complaint;

26

27

28

3

1      4.      In the event the Defendants file a motion to dismiss the Amended Complaint,

2  lead plaintiff(s) shall have sixty (60) days from the filing and service of such motion to file and

3  serve papers in opposition to the motion;

4      5.      Defendants shall have thirty (30) days from the filing and service of lead

5  plaintiff(s)' opposition papers to file reply papers;

6      6.      The case management conference presently scheduled for December 10, 2015,

7  along with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules

8  (including ADR deadlines), shall be vacated and reset to a date after the Court rules on

9  Defendants' anticipated motion to dismiss the Amended Complaint;

10     7.      This Stipulation is entered into without prejudice to any party seeking any

11  interim relief;

12     8.      Nothing in this Stipulation shall be construed as a waiver of any of Defendants'

13  rights or positions in law or equity, or as a waiver of any defenses that Defendants would

14  otherwise have, including, without limitation, jurisdictional defenses;

15     9.      The Parties have not sought any other extensions of time in this action;

16     10.     The Parties do not seek to reset these dates for the purpose of delay, and the

17  proposed new dates will not have an effect on any pre-trial and trial dates as the Court has yet to

18  schedule these dates; and

19     11.     The parties seek the Court's approval of this Order on the basis that it would be

20  an inefficient use of the Court's time to consider motions to dismiss and joint case management

21  statements and hear case management conferences prior to resolution of lead-plaintiff motions,

22  the filing of an amended complaint, and the resolution of Defendants' anticipated motion to

23  dismiss.

24  //

25  //

26  //

27  //

28

**4**

STIPULATION AND [PROPOSED] ORDER
Case No. 5:15-CV-03625-BLF

1 | **SO STIPULATED AND AGREED TO BY:**

2

3 | August 31, 2015

/s/ *Shawn A. Williams*
Shawn A. Williams

4 | Shawn A. Williams, SBN 213113
*shawnw@rgrdlaw.com*

5 | ROBBINS GELLER RUDMAN
 & DOWD LLP

6 | Post Montgomery Center
One Montgomery Street, Suite 1800

7 | San Francisco, CA 94104
Tel: (415) 288-4545

8 | Fax: (415) 288-4534

9 | Attorneys for Plaintiff

10

11

12

13

14 | August 31, 2015

*/s/ Richard L. Gallagher*
Richard L. Gallagher

15

16 | RICHARD L. GALLAGHER (CSB # 208714)
*richard.gallagher@ropesgray.com*

17 | ANNE JOHNSON PALMER (CSB # 302235)
*anne.johnsonpalmer@ropesgray.com*

18 | MATTHEW A. TOLVE (CSB # 267334)
*matthew.tolve@ropesgray.com*

19 | ROPES & GRAY LLP
Three Embarcadero Center

20 | San Francisco, CA 94111-4006
Tel: (415) 315-6300

21 | Fax: (415) 315-6350

22 | Attorneys for Defendants

23

24

25

26

27

28

5

STIPULATION AND [PROPOSED] ORDER
Case No. 5:15-CV-03625-BLF

\*\*\*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, the parties' proposed schedule is adopted with one exception: the December 10, 2015 Initial Case Management Conference in this case is HEREBY CONTINUED to **April 21, 2016 at 11:00 a.m.** in Courtroom 3, 5th Floor, San Jose. The parties may stipulate to a further continuance of the Initial Case Management Conference in the event that Defendants have not answered the complaint by that date.

**IT IS SO ORDERED.**

DATED: September 1, 2015

_____
THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

6