ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
NADIM G. HEGAZI (264841)
KENNETH J. BLACK (291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
nhegazi@rgrdlaw.com
kennyb@rgrdlaw.com

Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOWARD WELGUS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>TRINET GROUP, INC., et al.,<br><br>    Defendants. | Case No. 5:15-cv-03625-BLF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE FILING OF PLAINTIFF'S [PROPOSED] FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE TO RESPOND TO FIRST AMENDED COMPLAINT |

1137336_1

This Stipulation is made by and among Plaintiff Howard Welgus ("Welgus" or "Lead Plaintiff"), individually and on behalf of all other persons similarly situated, and Defendants TriNet Group, Inc. ("TriNet"), Burton M. Goldfield, William Porter, Katherine August-deWilde, Martin Babinec, H. Raymond Bingham, David C. Hodgson, Kenneth Goldman, John H. Kispert, Wayne B. Lowell, and General Atlantic LLC (collectively, the "Stipulating Defendants," and, with Lead Plaintiff, the "Stipulating Parties"), by and through their respective counsel.

## RECITALS

1.  WHEREAS, on August 7, 2015, Welgus filed a Complaint for Violation of the Federal Securities Laws (Dkt. No. 1) against Defendants TriNet, Burton M. Goldfield and William Porter;

2.  WHEREAS, on October 6, 2015, Welgus filed a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (Dkt. No. 17);

3.  WHEREAS, on December 3, 2015, this Court issued an order appointing Welgus as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 and appointing Robbins Geller Rudman & Dowd LLP as Lead Counsel (Dkt. No. 24);

4.  WHEREAS, on February 1, 2016, Lead Plaintiff filed a Consolidated Complaint for Violation of the Federal Securities Laws (Dkt. No. 26) ("CC") against TriNet, Burton M. Goldfield, William Porter, Martin Babinec, H. Raymond Bingham, David C. Hodgson and General Atlantic LLC;

5.  WHEREAS, on February 25, 2016, this Court entered an Order on the parties' stipulation setting a briefing schedule that, in part, requires Defendants to file and serve their motions to dismiss, answers or other responses to the CC by April 11, 2016 (Dkt. No. 41) ("Scheduling Order");

6.  WHEREAS, the Stipulating Defendants have not yet answered or otherwise responded to the CC;

7.  WHEREAS, on April 1, 2016, Lead Plaintiff filed a Notice of Motion and Motion for Leave to File the [Proposed] First Amended Complaint for Violation of the Federal Securities Laws,

1137336_1

STIP AND [PROP] ORDER RE FILING OF PLAINTIFF'S [PROPOSED] FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE TO RESPOND TO FIRST AMENDED COMPLAINT - 5:15-CV-03625-BLF
- 1 -

1  attaching the [Proposed] First Amended Complaint for Violation of the Federal Securities Laws
2  ("FAC") (Dkt. Nos. 43-44);

3      8.    WHEREAS, the proposed FAC adds new defendants, including outside directors
4  Katherine August-deWilde, Kenneth Goldman, John H. Kispert, and Wayne B. Lowell; and
5  underwriters J.P. Morgan Securities LLC, Morgan Stanley & Co., LLC, Deutsche Bank Securities
6  Inc., Jefferies LLC, Stifel, Nicolaus & Company, Incorporated, and William Blair & Company,
7  L.L.C. (the "Underwriter Defendants"); and asserts new claims under the Securities Act of 1933
8  (Dkt. No. 44-1);

9      9.    WHEREAS, the Underwriter Defendants have not been served with a summons and
10 FAC nor executed waivers of the service of a summons under Fed. R. Civ. P. 4(d);

11     10.    WHEREAS, under Fed. R. Civ. P. Rule 15(a)(2), Lead Plaintiff may amend the CC
12 with Defendants' written consent;

13     11.    WHEREAS, counsel for Lead Plaintiff has conferred with counsel for the Stipulating
14 Defendants regarding the filing of the FAC;

15     12.    WHEREAS, the Stipulating Parties have agreed to the filing of Lead Plaintiff's FAC,
16 as of April 1, 2016, on the condition that Stipulating Defendants are not thereby waiving any of their
17 rights, positions at law or equity, or defenses;

18     13.    WHEREAS Lead Plaintiff has no current intent to seek leave to file another amended
19 pleading prior to a Court decision on any motion to dismiss;

20     14.    WHEREAS the proposed schedule is intended to serve judicial efficiency and
21 economy by providing a uniform briefing schedule; and

22     15.    WHEREAS, the Stipulating Parties seek the Court's approval of a modification to the
23 Scheduling Order, which modification (i) provides that the Stipulating Defendants must now answer
24 or otherwise respond to the FAC no later than June 20, 2016, and (ii) adjusts the remaining dates in
25 the Scheduling Order accordingly.

26
27
28 STIP AND [PROP] ORDER RE FILING OF PLAINTIFF'S [PROPOSED] FIRST AMENDED
COMPLAINT AND BRIEFING SCHEDULE TO RESPOND TO FIRST AMENDED COMPLAINT -
5:15-CV-03625-BLF

1137336_

## STIPULATION

THE STIPULATING PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. Lead Plaintiff's FAC shall be deemed filed with the Court as of April 1, 2016 (Dkt. No. 44-1) and shall serve as the operative complaint;

2. So as to ensure that all Stipulating Defendants are served and aligned to a unified briefing schedule, the Stipulating Defendants shall answer or otherwise respond to the FAC no later than June 20, 2016;

3. Lead Plaintiff's opposition(s) to the Stipulating Defendants' answers or motion(s) to dismiss the FAC shall be filed no later than sixty (60) days from the date the Stipulating Defendants' answers or motions are filed;

4. The Stipulating Defendants' reply briefs in support of their motion(s) to dismiss the FAC shall be filed no later than thirty (30) days from the date Lead Plaintiff files its opposition(s) to the Stipulating Defendants' motion(s) to dismiss;

5. The Stipulating Parties have agreed that, with leave of the Court, in light of the new allegations and claims, including claims under the Securities Act of 1933, the Stipulating Parties shall have the following page limits for their moving papers, oppositions, and replies:

   (a) Defendants TriNet, Goldfield, and Porter shall have thirty (30) pages for their moving brief; Lead Plaintiff shall have thirty (30) pages for his opposition to such brief; and TriNet, Goldfield, and Porter shall have fifteen (15) pages for their reply to any such opposition;

   (b) Outside Director Defendants August-deWilde, Babinec, Bingham, Hodgson, Goldman, Kispert, and Lowell shall have ten (10) pages for their moving brief; Lead Plaintiff shall have ten (10) pages for his opposition to such brief; and the Outside Director Defendants shall have five (5) pages for their reply to any such opposition;

   (c) General Atlantic LLC shall have ten (10) pages for its moving brief; Plaintiff shall have ten (10) pages for his opposition to such brief; and General Atlantic shall have five (5) pages for its reply to any such opposition; and

1         (d)     The brief(s) of any additional defendants who appear or are served after the date of this Stipulation, shall not be included within this briefing schedule or the above page limitations; the Stipulating Parties expect that those additional defendants shall separately meet and confer with Lead Plaintiff regarding the briefing schedule and page limit for their brief(s).

      6.     Given that the Initial Case Management Conference currently scheduled for August 24, 2016 would fall in the middle of briefing on any motions to dismiss, that Conference shall be continued to November 10, 2016, or as soon thereafter as the Conference may be heard, and any associated deadlines under the Federal Rules of Civil Procedure and Local Rules (including ADR deadlines) shall be adjusted accordingly;

      7.     This Stipulation is entered into without prejudice to any party seeking any interim relief;

      8.     Nothing in this Stipulation shall be construed as a waiver of any of the Stipulating Defendants' rights or positions in law or equity, including with respect to the FAC, or as a waiver of any defenses that the Stipulating Defendants would otherwise have, including, without limitation, jurisdictional defenses, or as a waiver of any Stipulating Defendants' right not to file a motion to dismiss;

      9.     The Stipulating Parties have only sought two previous extensions of time in this action;

      10.    The Stipulating Parties do not seek to reset these dates for the purpose of delay, and the proposed new dates will not have an effect on any pre-trial and trial dates as the Court has yet to schedule these dates; and

1137336_2

STIP AND [PROP] ORDER RE FILING OF PLAINTIFF'S [PROPOSED] FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE TO RESPOND TO FIRST AMENDED COMPLAINT - 5:15-CV-03625-BLF

- 4 -

11. The Stipulating Parties seek the Court's approval of this Order on the basis that it would be an inefficient use of the Court's time and resources to consider motions to dismiss at varying times and conduct the Initial Case Management Conference prior to the Stipulating Defendants' filing of responsive pleadings, if any, and any replies to such pleadings.

DATED: April 13, 2016   ROBBINS GELLER RUDMAN
    & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
NADIM G. HEGAZI
KENNETH J. BLACK

        s/ Shawn A. Williams
        SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiff

HOLZER & HOLZER, LLC
COREY D. HOLZER
1200 Ashwood Parkway, Suite 410
Atlanta, GA 30338
Telephone: 770/392-0090
770/392-0029 (fax)

Additional Counsel for Plaintiff

DATED: April 13, 2016   ROPES & GRAY LLP
RICHARD L. GALLAGHER
ANNE JOHNSON PALMER
MATTHEW A. TOLVE

        s/ Richard L. Gallagher
        RICHARD L. GALLAGHER

Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: 415/315-6300
415/315-6350 (fax)

1137336_1

STIP AND [PROP] ORDER RE FILING OF PLAINTIFF'S [PROPOSED] FIRST AMENDED
COMPLAINT AND BRIEFING SCHEDULE TO RESPOND TO FIRST AMENDED COMPLAINT -
5:15-CV-03625-BLF - 5 -

                    Attorneys for Defendants TriNet Group, Inc., Burton M. Goldfield, William Porter, Martin Babinec, H. Raymond Bingham, David C. Hodgson, Katherine August-deWilde, Kenneth Goldman, John H. Kispert, and Wayne B. Lowell

DATED: April 13, 2016        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
ALLAN J. ARFFA (admitted *pro hac vice*)
CHARLES E. DAVIDOW (admitted *pro hac vice*)
AUSTIN C. THOMPSON (admitted *pro hac vice*)

                                           s/ Allan J. Arffa
                                           ALLAN J. ARFFA

                    1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212/373-3203
212/492-0203 (fax)

SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS
LISA A. JACOBS
1 Maritime Plaza 18th Floor
San Francisco, CA 94111
Telephone: 415/421-6500
415/421-2922 (fax)

Attorneys for Defendant General Atlantic LLC

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Shawn A. Williams, am the ECF User whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER RE FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE TO RESPOND TO FIRST AMENDED COMPLAINT. In compliance with Local Rule 5-1(i)(3), I hereby attest that Richard L. Gallagher and Allan J. Arffa have concurred in this filing.

Dated: April 13, 2016

                                           s/ Shawn A. Williams
                                         SHAWN A. WILLIAMS

STIP AND [PROP] ORDER RE FILING OF PLAINTIFF'S [PROPOSED] FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE TO RESPOND TO FIRST AMENDED COMPLAINT - 5:15-CV-03625-BLF - 6 -

1137336_1

1  * * *

2  **O R D E R**

3  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4  DATED: Crtkn'35."4238   /s/ Beth Labson Freeman
   THE HONORABLE BETH LABSON FREEMAN
5  UNITED STATES DISTRICT JUDGE

1137336_1

STIP AND [PROP] ORDER RE FILING OF PLAINTIFF'S [PROPOSED] FIRST AMENDED COMPLAINT AND BRIEFING SCHEDULE TO RESPOND TO FIRST AMENDED COMPLAINT - 5:15-CV-03625-BLF

- 7 -

CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 13, 2016.

    s/ Shawn A. Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

1137336_1

## Mailing Information for a Case 5:15-cv-03625-BLF Welgus v. Trinet Group, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Allan J Arffa**
  aarffa@paulweiss.com,mao_fednational@paulweiss.com

- **Kenneth Joseph Black**
  KennyB@rgrdlaw.com

- **Charles E. Davidow**
  cdavidow@paulweiss.com,mao_fednational@paulweiss.com

- **Richard L. Gallagher**
  richard.gallagher@ropesgray.com,kevin.daly@ropesgray.com,courtalert@ropesgray.com,april.kee@ropesgray.com

- **Nadim Gamal Hegazi**
  nhegazi@rgrdlaw.com,smorris@rgrdlaw.com

- **Lisa Ann Jacobs**
  ljacobs@sflaw.com,martola@sflaw.com,calendar@sflaw.com

- **Anne Johnson Palmer**
  anne.johnsonpalmer@ropesgray.com,courtalert@ropesgray.com

- **Brian O. O'Mara**
  bo'mara@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Arthur Joel Shartsis**
  ashartsis@sflaw.com,ljacobs@sflaw.com,wcornell@sflaw.com,calendar@sflaw.com

- **Austin C Thompson**
  AThompson@paulweiss.com,mao_fednational@paulweiss.com

- **Matthew Austen Tolve**
  matthew.tolve@ropesgray.com,nicole.horowitz@ropesgray.com,courtalert@ropesgray.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,dpfefferbaum@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`