United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

HOWARD WELGUS,
Plaintiff,

v.

TRINET GROUP, INC., et al.,
Defendants.

Case No. 15-cv-03625-BLF

**JUDGMENT**

Having granted Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint without leave to amend, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: December 18, 2017

BETH LABSON FREEMAN
United States District Judge