UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 17 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

HOWARD WELGUS,

        Plaintiff - Appellant,

 v.

TRINET GROUP, INC.; et al.,

        Defendants - Appellees.

No. 18-15084

D.C. No. 5:15-cv-03625-BLF
U.S. District Court for Northern
California, San Jose

**MANDATE**

---

The judgment of this Court, entered March 26, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7